**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

_____

**In re:**
      **Application for PACER**                                    **Case # 2:23-mc-22**
      **Fees Exemption**

_____

**ORDER**
**GRANTING EDITH HOTCHKISS  AN EXEMPTION FROM THE ELECTRONIC PUBLIC ACCESS FEES**

   This matter is before the Court upon the application and request by Edith Hotchkiss for an exemption from the fees imposed by the Electronic Public Access ("PACER") fee schedule adopted by the Judicial Conference of the United States Courts.

   Based on the application and applicable rules, THE COURT FINDS that Edith Hotchkiss, as a Professor of Finance at Boston College, falls within the class of users listed in the fee schedule who are eligible for a fee exemption, and that Edith Hotchkiss has demonstrated an exemption is necessary to avoid unreasonable burdens and to promote public access to information.

   Accordingly, IT IS HEREBY ORDERED that Edith Hotchkiss shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this Court, to the extent such use is incurred during her research, from the date this Order is entered until February 29, 2024.  However, she shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this Court.

   IT IS FURTHER ORDERED that the following limitations shall also apply:

1. this fee exemption applies only to Edith Hotchkiss and is valid only for the purposes stated above;

2. this fee exemption applies only to the electronic case files of this Court that are available through the PACER system;

3. Edith Hotchkiss is prohibited from selling for profit any data she obtains as a result of receiving this exemption;

4.  Edith Hotchkiss is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases;

5.  this exemption is valid until February 29, 2024; and

6.  this exemption is subject to revocation by the Court at any time.

IT IS FURTHER ORDERED that the Clerk shall promptly send a copy of this Order to the PACER Service Center.

**SO ORDERED**.

February 10, 2023
Burlington, Vermont

_Heather Z Cooper_
Hon. Heather Z. Cooper
United States Bankruptcy Judge